**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CARLOS TORRES,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN JUPITER, *et al.*,<br><br>Defendants. | C.A. No. 26-511-JLH-EGT |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 21st day of September 2026;

WHEREAS, Magistrate Judge Tennyson issued a Report & Recommendation on August 24, 2026 (D.I. 9, the "R&R"), recommending, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), that Plaintiff's excessive force claims under the Fourth Amendment be allowed to proceed and that the remainder of the claims be dismissed without prejudice;

WHERAS, the Plaintiff has not filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The Report and Recommendation (D.I. 9) is ADOPTED.
2. Plaintiff's excessive force claims under the Fourth Amendment are permitted to proceed.
3. The remaining claims are dismissed without prejudice.
4. Judge Tennyson may proceed to issue a Service Order in this matter.

Dated: September 21, 2026

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE